IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| VICTOR BRADSHAW, GDC-327970 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:13-cv-714-TMH |
| | ) | [wo] |
| EUFAULA POLICE DEPT., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**OPINION and ORDER**

On October 7, 2013, the Magistrate Judge filed a Recommendation in this case dismissing this case with prejudice. No timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be dismissed with prejudice for Plaintiff's failure to pay the full filing fee upon initiation of this case.

DONE this 1st day of November, 2013.

　　　　　　　　　　　　　　　　  /s/   Truman M. Hobbs
　　　　　　　　　　　　　　　TRUMAN M. HOBBS
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE